UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CARGILL, INCORPORATED AND
EYIELD SOLUTIONS, INC.,

Plaintiffs,

Court File No. 00-791 PAM/JGL

v.

**STIPULATION AND ORDER**

CROW'S HYBRID CORN COMPANY AND
CHANNEL BIO CORPORATION,

Defendants.

## STIPULATION

The parties hereto, by and through their respective counsel, hereby stipulate and agree that Defendants may have until May 5, 2000, in which to file an answer, move or otherwise respond to Plaintiff's Complaint.

Dated: April 25, 2000.

FISH & RICHARDSON

By ______________________
Michael E. Florey
Stephen R. Baird
Stephen C. Lee
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070 main
(612) 288-9697 facsimile

Attorneys for Plaintiffs
CARGILL, INCORPORATED
EYIELD SOLUTIONS, INC.

FILED 4 28 00
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

MASLON EDELMAN BORMAN & BRAND LLP

By ______________________
William Z. Pentelovitch (#85078)
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200 mail
(612) 672-8397 facsimile

OF COUNSEL:
KIRKLAND & ELLIS
James M. Amend
Edward G. Lance IV
200 East Randolph Drive
Chicago, IL 60601

Attorneys for Defendants
CROW'S HYBRID CORN COMPANY
CHANNEL BIO CORPORATION

## ORDER

Based upon the foregoing Stipulation,

IT IS HEREBY ORDERED that Defendants may have until May 5, 2000, to answer, move, or otherwise respond to Plaintiffs' Complaint.

BY THE COURT

______________________
United States Magistate Judge

Dated: April 27, 2000.

80394