IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

CARGILL, INCORPORATED AND EYIELD SOLUTIONS, INC.,

Plaintiffs,

v.

CROW'S HYBRID CORN COMPANY AND CHANNEL BIO CORPORATION,

Defendants.

Case No.: 00-791 PAM/JGL

**STIPULATION OF DISMISSAL** and order

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Cargill, Incorporated and Eyield Solutions, Inc. ("Plaintiffs"), and Crow's Hybrid Corn Company and Channel Bio Corporation, Defendants ("Defendants") file this stipulation of dismissal as to all claims and causes of action that each asserts against the other in the above-captioned action.

2. Pursuant to a Settlement Agreement between the parties, Plaintiffs and Defendants have resolved their differences with respect to all matters in dispute before this Court and no longer wish to prosecute any claims or causes of action against each other in this action.

3. As required by Rule 41(a)(1)(ii), counsel for Plaintiffs and Defendants have signed this stipulation on behalf of their clients to indicate their assent.



FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

4. The dismissal of this action is with prejudice.

Dated: November 9, 2000

FISH & RICHARDSON P.C., P.A.

By: ______________________
Stephen R. Baird (#214024)
3300 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR PLAINTIFFS**
CARGILL, INCORPORATED AND EYIELD SOLUTIONS, INC.

Dated: November 8th, 2000

KIRKLAND & ELLIS

By: ______________________
James M. Amend
Edward G. Lance IV
Aon Center
200 East Randolph Drive
Chicago, Illinois 60601

William Z. Pentelovitch
Maslon Edelman Borman & Brand LLP
3300 Norwest Center
90 South Seventh Street
Minneapolis, MN 55402-4140
(612) 672-8200

**ATTORNEYS FOR DEFENDANTS**
CROW'S HYBRID CORN COMPANY AND CHANNEL BIO CORPORATION

**ORDER**

Based upon the stipulation of the parties herein and filed pursuant to Rule 41(a)(1)(ii),

IT IS NOW ORDERED that this suit is hereby dismissed with prejudice to all parties and without costs to any party.

Nov 13, 2000

______________________
The Honorable Paul A. Magnuson